UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**

MAR 17 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Jesus Jimenez-Corro )
)
VS. ) Case No.03-CR-50045-1
)
UNITED STATES OF AMERICA )
)
Respondent, )
) PETITION FOR WRIT O HABEAS CORPUS
)
_____ )

**08 C 50044**

   Comes now, the defendant Jesus Jimenez-Corro, ProSe, requesting the Honorable Court for time reduction on the following grounds:

MEMORANDUM OF POINTS AND AUTHORITY established this MOTION factual basis. Under the Attorney General Memorandum dated April 28/1995: UNITED STATES ATTORNEY can offer (2) points level of the sentence if the defendant accepts a final deportation order.
BECAUSE, I can't be housed in minimum security, or community Correction Center based on my deportation alien status I ask this Honorable Court to grant my Motion for downward departure.

FACTS:

1. Defendant is presently incarcerated at Giles W. Dalby Correctional Facility, serving a sentence imposed by Federal Court.
2. The defendant was sentenced to 90 months of imprisonment.
3. The defendant is seeking relief due to the following:

<u>POINTS AND AUTHORITIES</u>

1. Equal Protection Rights Pursuant to XIV Amendments for the United States of America.
2. Due Process, V Amendments.
3. Equal Rights Act. (1964) "No Person shall be discriminated, regardless of Race, Color, Sex, Religion, or Nationality.

All United States Citizen Inmates are entitled to no different privileges due to His/her Origin Like (1) year reduction of sentence through Drug Programs (2) 10% Halfway House (3) Unicor Jobs, with good wages and $ 5,000.00 In. Bond.
An alien is deprived of His/Her benefits or privileges due to his or her status and find him/herself committed to harsher time, or sentence due to his/ her status in United States of America.

1

Both United States Citizens and Alien Inmates Resident that lives in United States are comport by the same rules, policies, and privileges of such institution.
Therefore: Defendant, respectfully request this MOTION to be GRANTED, otherwise will it be discriminative.

This MOTION is submitted in good faith, and pursuant to V and XIV Amendments. (Guarantee the right for EQUAL PROTECTION).

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,


_/s/ Jesus Jimenez-Corto_ Dated this 12 day of March, 2008
Jesus Jimenez-Corto
Reg.No.12465-424
Giles W. Dalby C.I.
805 North Avenue "F"
Post,TX.-79356-


\*

"I declare(or certify,verify,or state)under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
                              Executed on, 12 March,2008.

```
Jesus Jimenez-Corro
12465424
Dalby Correctional Intitution
805 North Ave. "P"
Post, Texas    -79356-
```

LUBBOCK TX 794

13 MAR 2008 PM 11

```
THE CLERK OF THE COURT
UNITED STATES COURT HOUSE
211 S. Court St., Second-Floor
Rockford, IL.    -61101-
```