Order Form (01/2005)

**08 C 50044**

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 CR 50045 - 1 | **DATE** | 3/18/2008 |
| **CASE TITLE** | USA vs. Jesus Jimenez-Corro | | |

**DOCKET ENTRY TEXT:**

Jesus Jimenez-Corro, a federal prisoner, has filed a petition for writ of habeas corpus under his criminal case number; however, it should have been assigned a new civil case number. The Clerk is directed to re-docket the petition under a new civil case number.

*Philip G. Reinhard*

Notices mailed by Judicial staff [including to defendant]

| | | |
|---|---|---|
| | Courtroom Deputy Initials: | JT |