# United States District Court
## Northern District of Illinois
### Western Division

| | |
|---|---|
| United States of America | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 50044 |
| Jesus Jimenez-Corro | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Jesus Jimenez-Corro, a federal prisoner, filed a document labeled a petition for habeas corpus. In the petition defendant seeks a sentence reduction because his deportable alien status precludes him from otherwise qualifying for a two-level sentence reduction. The relief he seeks is a lower sentence which is a vacating, setting aside, or correcting of his sentence which is governed by 28 U.S.C. § 2255( this is not a case of a merely mislabeled motion, see United States v. Lloyd, 398 F. 3d 978, 979-80 (7th Cir. 2005)). The court dismisses the petition as it is barred by the applicable one-year statute of limitations, see 28 U.S.C. § 2255 ¶ 6, and because a provision in defendant's written plea agreement waives the right to seek such relief and there is no claim that such waiver was not knowing and voluntary or that counsel was ineffective in connection with the negotiation of the waiver itself, see Mason v. United States, 211 F. 3d 1065, 1067 (7th Cir. 2000).

Michael W. Dobbins, Clerk of Court

Date: 3/20/2008

/s/ Jennifer Titak, Deputy Clerk